UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

November 24, 2015
David J. Bradley, Clerk

Debbie Long,                          §
                                      §
          Plaintiff,                  §
                                      §
versus                                §          Civil Action H-15-2383
                                      §
The Travelers Home and Marine         §
Insurance Company,                    §
                                      §
          Defendant.                  §

## Final Dismissal

1.   Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice. (8)

2.   This court retains jurisdiction to enforce the settlement.

Signed on November 20, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge